UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
STEPHEN SWARTZ,                                       )
                                                      )
                    Plaintiff,                        )        CIVIL ACTION NO.
                                                      )
             v.                                       )
                                                      )
GSH CY NATICK, LLC,                                   )
                                                      )
                    Defendant.                        )
_____)

COMPLAINT AND DEMAND FOR JURY TRIAL

PARTIES

1.     The plaintiff, Stephen Swartz, is an individual residing in Suffolk County, New
       York.

2.     The defendant, GSH CY Natick, LLC, is a Delaware corporation with a principal
       place of business at 500 Washington Avenue, Suite 3000, Minneapolis, Minnesota
       with a registered agent as Incorporating Services, LTD, 10 Milk Street, Suite 1055,
       Boston, Suffolk County, Massachusetts.

JURISDICTION

3.     This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

4.     On or about November 25, 2010, the plaintiff, Stephen Swartz, was lawfully on the
       premises of 342 Speen Street in Natick, Middlesex County, Commonwealth of
       Massachusetts.

5.     At all material times, the defendant, GSH CY Natick, LLC, owned the subject
       premises at 342 Speen Street in Natick, Middlesex County, Commonwealth of
       Massachusetts.

6.     At all material times, the defendant, GSH CY Natick, LLC, managed the subject
       premises at 342 Speen Street in Natick, Middlesex County, Commonwealth of
       Massachusetts.

7.     At all material times, the defendant, GSH CY Natick, LLC, controlled the subject premises at 342 Speen Street in Natick, Middlesex County, Commonwealth of Massachusetts.

8.     At all material times, the defendant, GSH CY Natick, LLC, operated the subject premises at 342 Speen Street in Natick, Middlesex County, Commonwealth of Massachusetts.

9.     While the plaintiff, Stephen Swartz, was in the exercise of due care, while walking on the premises in the pool area located at 342 Speen Street in Natick, Middlesex County, Commonwealth of Massachusetts, he was caused to sustain severe personal injuries as a result of a defect and/or careless and negligent maintenance and/or failure to warn of an unsafe condition and/or other acts of negligence of the defendant on the subject premises.

10.    As a result of the conditions set forth in the preceding paragraph, Stephen Swartz fell down in the pool area, causing him severe injuries.

11.    As a result of the negligence of the defendant, GSH CY Natick, LLC as aforesaid, the plaintiff, Stephen Swartz, was caused to suffer great pain of body and anguish of mind, was caused to suffer disfigurement, loss of bodily function, has incurred large expenses for medical care, has sustained other damages, and will incur expenses and damages in the future.

## CAUSES OF ACTION

(Each Cause of Action Specifically Incorporates By
Reference All Those Paragraphs Previously Set Forth)

### First Cause of Action

12.    This is an action by the plaintiff, Stephen Swartz, against the defendant, GSH CY Natick, LLC, for negligence resulting in personal injuries.

## DEMANDS FOR RELIEF

13.    The plaintiff, Stephen Swartz, prays that this Honorable Court enter judgment against the defendant, GSH CY Natick, LLC, in the full amount of any and all damages recoverable at law, cost, attorneys fees, and for such other and further relief which this Court deems just and proper, as a result of the defendant's negligence.

**THE PLAINTIFF, STEPHEN SWARTZ, DEMANDS A JURY TRIAL ON ALL
ISSUES TRIABLE TO A JURY**

Respectfully submitted,
Stephen Swartz,
By his attorney,

/s/ Michelle L. Newton
_____
Michelle L. Newton, Esq., BBO# 676277
JASON STONE INJURY LAWYERS
One State Street, Suite 1500
Boston, MA 02109
617-523-4357
mln@stoneinjury.com

Dated: August 13, 2012